GEORGE E. HOWES ET AL. v. LUNDY F. MIKESELL.

[See 81 Mich. 45.]

*Fraudulent debtor—Proceedings for punishment of—Interest of justice of the peace—Plea in abatement—Waiver.*

This case is ruled by *Clark v. Mikesell, ante,* 45, in which, on demurrer, the plea in abatement was held sufficient to oust the justice of jurisdiction.

Error to Eaton. (Hooker, J.) Argued May 6, 1890. Decided May 16, 1890.

Proceedings for punishment of fraudulent debtor, under How. Stat. chap. 304. Plaintiffs bring error. Affirmed. The facts are stated in the opinion, and in *Clark v. Mikesell, supra.*

*Manly C. Dodge,* for appellants.

*D. P. Sagendorph,* for defendant.

GRANT, J. This case is governed by that of *Clark*

*v. Mikesell, ante,* 45, Mr. Justice LONG delivering the opinion. The question of law raised is the same in both cases. In the circuit court the plea in abatement was held sufficient, the demurrer overruled, and the proceedings dismissed.

Judgment affirmed, with costs.

CHAMPLIN, C. J., LONG and CAHILL, JJ., concurred. MORSE, J., did not sit.

* ———o———